## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NATIONAL FIRE & MARINE
INSURANCE COMPANY,

      Plaintiff,

    v.                                                                                Civ. No. 25-126 DHU-SCY

THE RIO AT RUST CENTRE, LLC, d/b/a THE
RIO AT CABEZON; WSQUARED
ENTERPRISES, LP; ONPOINTE HEALTH
MANAGEMENT, LLC, n/k/a ONPOINTE
MANAGEMENT, LLC; ONPOINTE BUSINESS
SERVICES, LLC; JERRY WILLIAMSON;
HORACE WINCHESTER, JR.; KRISTINA
SCHMIDT, ADMINISTRATOR; DAVID
ABBOTT, AS PERSONAL REPRESENTATIVE
FOR THE WRONGFUL DEATH ESTATE OF
MARILYN ABBOTT; REHAB SUITES AT LAS
ESTANCIAS, LLC, d/b/a THE RIO AT LAS
ESTANCIAS; JUSTIN KAUFMAN, AS
PERSONAL REPRESENTATIVE FOR THE
ESTATE OF MARIA ALTAGRACIA VALENCIA
LANE; ROCHADIE VIGIL; FIESTA PARK
HEALTHCARE, LLC d/b/a MEDICAL RESORT
AT FIESTA PARK (THE); ENCHANTED
HEALTH DEVELOPMENT, LLC;
ALBUQUERQUE OPERATIONS, LLC, d/b/a
AVAMERE REHABILITIATION AT FIESTA
PARK f/k/a MEDICAL RESORT AT FIESTA
PARK (THE),

      Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

Counsel for Defendants Kristina Schmidt, Horace Winchester, and Jerry Williamson moves to withdraw from representing them. Doc. 53. The motion states that these Defendants consent to the withdrawal of representation. *Id.* ¶ 2. The motion does not state Plaintiff's position, but the time to file a response has expired with no opposition being filed. Pursuant to

Civil Local Rule 83.2(c), the Court grants the motion. Attorney Briana J. Bassler is terminated as counsel of record in this case.

The Clerk of Court is directed to send a copy of this order to the Defendants Kristina Schmidt, Horace Winchester, and Jerry Williamson via email hwinchester@onpointe.com, jerryww1018@gmail.com, and via USPS to:

> Kristina Schmidt
> 10800 Cibola Loop NW #3088
> Albuquerque, NM 87114
>
> Horace Winchester
> 848 Bear Crossing Dr
> Allen, TX 75013
>
> Jerry Williamson
> 2358 Wingsong Lane
> Allen, TX 75013

SO ORDERED.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE